

**IT IS ORDERED as set forth below:**

**Date: March 25, 2022**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| JUSTIN EUGENE MCCOY, | ) | **CHAPTER 13** |
| ANZIE COX MCCOY, | ) | |
| | ) | |
| | ) | **CASE NO. 18-42291 BEM** |
| DEBTOR | ) | |
| | ) | **JUDGE ELLIS-MONRO** |

**ORDER APPROVING DEBTORS' MOTION TO SELL REAL ESTATE**

**IT APPEARING** to the Court that the Debtor filed a Motion to Sell Real Estate, on February 08, 2022.

**IT FURTHER APPEARING** that the Motion was scheduled for a hearing on any objections on March 16, 2022.

**IT FURTHER APPEARING** that this property is being sold as the Debtor is no longer able to afford the property.

**IT FURTHER APPEARING** that the purchaser, Erica Davis and Jacob Watson, are not related to the Debtors.

**IT FURTHER APPEARING** that the proceeds of said sale shall be applied to the indebtedness owed by the Debtor to Wilmington Savings Fund Society, FSB as Trustee of Stanwich Mortgage Loan Trust F. Upon. the closing attorney shall obtain an actual pay off from the lien holder, and remit funds to Wilmington Savings Fund Society, FSB as Trustee of Stanwich Mortgage Loan Trust F. directly to complete the loan.

**IT FURTHER APPEARING** that after applying funds to any applicable liens and/or expenses of sale, funds in the amount of $2,404.00 shall be remitted to the Chapter 13 Trustee to pay off the balance of Debtor's case; and

**IT FURTHER APPEARING** from the certificates of service affixed to Debtors' Motion that all interested parties were served and no party filed a response in opposition to Debtors' Motion; it is hereby

**ORDERED, ADJUDGED and DECREED** that Debtors' Motion to Sell Real Estate located at 80 Barnsley Village Dr. Adairsville, GA 30103, Bartow County, for a total purchase price of $205,000.00 is **GRANTED**. It is further

**ORDERED, ADJUDGED and DECREED** that if there is a remaining balance after the lien of Wilmington Savings Fund Society, FSB as Trustee of Stanwich Mortgage Loan Trust F. (first mortgage lienholder) and any other liens or expenses of sale have been satisfied, funds in the approximate amount of $2,404.00 shall be remitted to the Chapter 13 Trustee to pay off the balance of Debtor's case

**ORDERED, ADJUDGED and DECREED** the closing attorney shall remit a copy of the closing statement to the Chapter 13 Trustee directly following closing.

**END OF DOCUMENT**

Prepared and presented by:

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtors
GA Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
Phone (678) 861-1127
Fax (706) 413-1365
lawoffice@kellycanhelp.com


Consented to by:

/s/ Sonya Buckley Gordon
Sonya Buckley Gordon (with express permission by Jeffrey B. Kelly)
Attorney for Chapter 13 Trustee
State Bar No.:140987
285 Peachtree Center Ave. NE
Ste 1600
Atlanta, GA 30303
Phone (404) 525-1110
Fax (404) 522-4448

Distribution:

K. Edward Safir
Chapter 13 Trustee
285 Peachtree Center Ave NE
 Ste. 1600
Atlanta, GA 30303

Justin Mccoy
Anzie Mccoy
80 Barnsley Village Drive
Adairsville, GA 30103

Atlanta Communities
Attn: Jacob Watson
199 S. Erwin St.
Cartersville, GA 30120

Atlanta Communities
Attn: Erica Davis
199 S. Erwin St.
Cartersville, GA 30120

Aldridge Pite, LLP
Attn: Evan Durkovic
Fifteen Piedmont Center
3575 Piedmont Rd. NE Ste. 500
Atlanta, GA 30305

*All parties on mailing matrix*